In the Matter of THOMAS RINGWOOD et al., Appellants.

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made July 20, 1889, which affirmed an order of Special Term refusing to admit the claims of the petitioners to be preferred in the order of payment.

*A. M. Mills* for appellants.

*Thomas Richardson* for respondents.

Agree to affirm on opinion of FOLLETT, J.
All concur except EARL and O'BRIEN, JJ., taking no part.
Order affirmed.

---

THE PEOPLE ex rel. MYRON ALLEN, Appellant, *v.* JAMES J. MARTIN et al., as Police Commissioners, etc., Respondents.

(Argued April 28, 1890; decided May 9, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 12, 1890, which affirmed a decision of defendants as police commissioners of the city of New York dismissing the relator from the police force.

*James M. Lyddy* for appellant.

*David J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.